### JONES *et al. v.* FORDHAM, tax-collector.

PER CURIAM.   1.   The motion to dismiss the bill of exceptions is without merit.

2. Taking the evidence most favorably to the defendants in error, it appears that the county was not properly laid out into school districts; and for this reason the trial judge erred in not granting the injunction as prayed.

*Judgment reversed.   All the Justices concur, except Beck, P. J., and Hill, J., dissenting.*

No. 4161.   OCTOBER 20, 1924.

Petition for injunction.   Before Judge Hardeman.   Candler superior court.   December 3, 1923.

*Kimbrough & Brown,* for plaintiffs.

*W. H. Lanier,* for defendant.

---

### BLAIR *v.* BLAIR.

BECK, P. J.   Plaintiff filed her petition for permanent and temporary alimony.   Upon the hearing of the application for temporary, pending the suit for permanent alimony, the court awarded to the applicant the sum of $15 per month as temporary alimony and $25 as counsel fees, to be paid to the petitioner's attorney of record in five equal monthly instalments.   The defendant excepted.   The only assignment of error in the bill of exceptions is that the amount allowed was excessive.   Under the evidence in the case it does not appear that the court abused its discretion in allowing the alimony and attorney's fees awarded.            *Judgment affirmed.   All the Justices concur.*

No. 4415.   OCTOBER 20, 1924.

Temporary alimony.   Before Judge Russell.   Gwinnett superior court.   May 10, 1924.

*John I. Kelley,* for plaintiff in error.   *O. A. Nix,* contra.